UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>JARED A. MONEZ, et al.,<br>　　　　Defendants. | Case No. 4:17-cv-03469-KAW<br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>Re: Dkt. No. 36 |

On June 29, 2018, Plaintiff filed a motion for leave to file a first amended complaint, because defense counsel did not respond in time to file a stipulation by the Court's deadline. (*See* Decl. of Elliott Montgomery, Dkt. No. 36-3 ¶¶ 6-8.) The motion is currently set for hearing on August 16, 2018. Pursuant to Civil Local Rule 7-3, Defendants' opposition or statement of non-opposition was due on or before July 13, 2018. To date, Defendants have filed neither document.

Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 22.)

Accordingly, Plaintiff's motion for leave to file a first amended complaint is GRANTED. Plaintiff shall file the first amended complaint within 7 days of this order.

IT IS SO ORDERED.

Dated: July 16, 2018

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge